IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-MJ-011-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARCUS LENARD ARMSTRONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Andrew C. Brooks, concerning Murdoch Walker II on February 13, 2018. Mr. Murdoch Walker II seeks to appear as counsel *pro hac vice* for Defendant, Marcus Lenard Armstrong. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Mr. Murdoch Walker II is hereby admitted *pro hac vice* to represent Defendant, Marcus Lenard Armstrong.

**SO ORDERED**.

Signed: February 13, 2018

David C. Keesler
United States Magistrate Judge